# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHARON L. ACKMAN & CHRIS ACKMAN                   Case Number: 06-70688
        739 HAWTHORNE LANE                                SSN-xxx-xx-6884 & xxx-xx-7528
        GENOA, IL  60135

                                              Case filed on:    4/25/2006
                                              Plan Confirmed on: 1/5/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $52,515.06        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 2,300.00 | 2,300.00 | 1,499.00 | 0.00 |
|  | Total Legal | 2,300.00 | 2,300.00 | 1,499.00 | 0.00 |
| 999 | SHARON L. ACKMAN | 0.00 | 0.00 | 2,309.10 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,309.10 | 0.00 |
| 001 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GREATBANK ALGONQUIN | 12,117.02 | 12,117.02 | 12,117.02 | 1,810.43 |
| 003 | UNITED CONSUMER FINANCIAL SERVICES | 923.52 | 923.52 | 923.52 | 0.00 |
|  | Total Secured | 13,040.54 | 13,040.54 | 13,040.54 | 1,810.43 |
| 002 | GREATBANK ALGONQUIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | UNITED CONSUMER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 17,582.58 | 17,582.58 | 17,582.58 | 0.00 |
| 005 | DEKALB CREDIT UNION | 1,875.96 | 1,875.96 | 1,875.96 | 0.00 |
| 006 | KISHWAUKEE DENTAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL RECOVERY ONE | 885.68 | 885.68 | 885.68 | 0.00 |
| 008 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | TRUE LOGIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 10,247.99 | 10,247.99 | 10,247.99 | 0.00 |
|  | Total Unsecured | 30,592.21 | 30,592.21 | 30,592.21 | 0.00 |
|  | Grand Total: | 45,932.75 | 45,932.75 | 47,440.85 | 1,810.43 |

Total Paid Claimant:     $49,251.28
Trustee Allowance:       $3,263.78        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  100.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009         By  /s/Heather M. Fagan